UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RALPH RIBERAL,<br><br>                    Plaintiff,<br><br>         v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. 2:23-cv-00588-JDP (SS)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING E-SERVICE<br><br>ECF No. 2 |

  Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis* and has submitted the required affidavit demonstrating that plaintiff is unable either to prepay fees and costs or to give security for them. ECF No. 2. The court will therefore grant plaintiff's motion to proceed *in forma pauperis* and direct service of the complaint.

  Accordingly, it is hereby ORDERED that:

  1. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is granted.

  2. The Clerk of the Court is directed to issue process and to serve upon plaintiff the undersigned's scheduling order and Order re Consent or Request for Reassignment for social security cases.

      3. Service on defendant shall proceed under the court's e-service program. Once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint. The court has been informed that the Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order. This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:    April 5, 2023                                            /s/ Jeremy Peterson
                                                                 JEREMY D. PETERSON
                                                                 UNITED STATES MAGISTRATE JUDGE