PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4809
    E-Mail: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK RALPH RIBERAL,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:23-cv-00588-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME** |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 45 days, from July 31, 2023 to September 14, 2023, for Defendant to file her Cross-Motion for Summary Judgment. All other dates in this Court's Scheduling Order shall be extended accordingly.

    This is Defendant's first request for an extension of time. Plaintiff does not oppose Defendant's request.

    The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Due to ongoing staffing fluctuations, organizational changes, and increased workloads, the undersigned counsel for the Commissioner has been tasked with additional duties including serving as a jurisdictional coordinator, reviewing other attorneys'

work, and handling more cases, including the above-captioned case. As a result, and despite diligent efforts to have the Commissioner's Cross-Motion ready on time, the undersigned counsel for the Commissioner needs an extension to allow sufficient time to review the certified administrative record, consider the issues that Plaintiff has raised, confer with her client regarding this case and any potential settlement options, and prepare the Commissioner's Cross-Motion if settlement is not possible.

                                                 Respectfully submitted,

Dated: July 26, 2023                LAW OFFICES OF LAWRENCE D. ROHLFING

                            By:    */s/ Young Chul Cho\**
                                   YOUNG CHUL CHO
                                   Attorney for Plaintiff
                                   [*as authorized by email on Jul. 26, 2023*]

Dated: July 27, 2023                PHILLIP A. TALBERT
                                     United States Attorney
                                     MATHEW W. PILE
                                     Associate General Counsel
                                     Social Security Administration

                          By:    */s/ Margaret Branick-Abilla*
                                   MARGARET BRANICK-ABILLA
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that Defendant shall have an extension, up to and including September 14, 2023, to submit her Cross-Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   July 27, 2023                    _____
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE