Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Patrick Ralph Riberal

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RALPH RIBERAL, | ) Case No.: 2:23-cv-00588-JDP |
| | ) |
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ |
| | ) ORDER FOR THE AWARD AND |
| vs. | ) PAYMENT OF ATTORNEY FEES |
| | ) AND EXPENSES PURSUANT TO |
| MARTIN O'MALLEY, | ) THE EQUAL ACCESS TO JUSTICE |
| Commissioner of Social Security, | ) ACT, 28 U.S.C. § 2412(d) AND |
| | ) COSTS PURSUANT TO 28 U.S.C. § |
| Defendant. | ) 1920 |
| | ) |
| | ) |

TO THE HONORABLE JEREMY D. PETERSON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Patrick Ralph Riberal be awarded attorney fees and expenses in the amount of five thousand seven hundred dollars ($5,700.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services

///

rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Riberal, the government will consider the matter of Riberal's assignment of EAJA fees to Young Cho.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Riberal, but if the Department of the Treasury determines that Riberal does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Riberal.[1]  Any payments made shall be delivered to Young Cho.

This stipulation constitutes a compromise settlement of Riberal's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Riberal and/or Young Cho including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Young Cho and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the

EAJA.

DATE: January 17, 2024          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                                /s/  *Young Cho*[2]

BY: _____
                                Young Cho
                                Attorney for plaintiff Patrick Ralph Riberal


DATED: January 17, 2024          PHILLIP A. TALBERT
                                United States Attorney
                                MATHEW W. PILE
                                Associate General Counsel
                                Social Security Administration


                                /s/ *Margaret I. Branick-Abilla*

_____
                                MARGARET I. BRANICK-ABILLA
                                Special Assistant United States Attorney
                                Attorneys for Defendant
                                MARTIN O'MALLEY, Commissioner of Social
                                Security (Per e-mail authorization)

**ORDER**

      Approved and so ordered:

DATE: January 24, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[2] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.